**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Idaho**
(State)

Case number (*If known*): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**   Eagle Rock Timber, Inc.

2. **All other names debtor used in the last 8 years**

    Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   8 2 - 0 4 7 8 3 7 1

4. **Debtor's address**

    **Principal place of business**

    3000 N Wright Road
    Number   Street

    Idaho Falls,    ID    83401
    City    State    ZIP Code

    Bonneville
    County

    **Mailing address, if different from principal place of business**

    Number   Street

    P.O. Box

    City    State    ZIP Code

    **Location of principal assets, if different from principal place of business**

    Number   Street

    City    State    ZIP Code

5. **Debtor's website (URL)**   www.eaglerocktimber.com

Debtor  Eagle Rock Timber, Inc.  
Name

Case number (if known) _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

2 3 7 3

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, and **it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor   Eagle Rock Timber, Inc. _____   Case number (if known) _____
         Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☑ No
   ☐ Yes.  District _____  When _____  Case number _____
                                     MM / DD / YYYY

   If more than 2 cases, attach a separate list.

           District _____  When _____  Case number _____
                                     MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☑ No
    ☐ Yes.  Debtor _____  Relationship _____
            District _____  When _____
                                                    MM / DD / YYYY
            Case number, if known _____

    List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in *this* district?**

    Check all that apply:

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                              Number    Street

    _____
    City                                        State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

**Statistical and administrative information**

Debtor  Eagle Rock Timber, Inc.                                    Case number (if known) _____
        Name

| 13. Debtor's estimation of available funds | Check one:<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|

| 14. Estimated number of creditors | ☐ 1-49<br>☑ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|
| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02-04-2024
            MM / DD / YYYY

X _____        Rick Gokey
  Signature of authorized representative of debtor        Printed name

Title  Persident

Debtor  Eagle Rock Timber, Inc.                                    Case number (if known)_____
        Name

18. **Signature of attorney**

X _____[signature]_____                        Date  02/16/2024
Signature of attorney for debtor                           MM / DD / YYYY

Jon A. Stenquist
Printed name

Parsons Behle & Latimer
Firm name

350 Memorial Drive, Suite 300
Number    Street

Idaho Falls                                         ID        83402
City                                                State     ZIP Code

208-528-5228                                        jstenquist@parsonsbehle.com
Contact phone                                       Email address

Idaho State Bar No.  6724                           Idaho
Bar number                                          State

**Fill in this information to identify the case:**

Debtor name: Eagle Rock Timber, Inc.

United States Bankruptcy Court for the: District of Idaho (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Solid Rock LLC. 5509 Columbine Lane San Antonio, TX 76904 | Sonny Heitolla (833) 753-7625 | LEGAL JUDGEMNET | Disputed | | | $675,127.17 |
| 2 | Rock Hard Crushing LLC 8426 Fish Harchery Rd, Burlington, WI 53105 | Matt Hanson (262) 539-2840 | LEGAL JUDGEMNET | Disputed | | | $402,683.52 |
| 3 | RDO Equipment 2000 Industrial Drive Bismark ND 58501 | Customer service (701) 223-5798 | Equipment purchase | contingent | | | $100,000.00 |
| 4 | American Express PO Box 96001 Los Angeles, CA 90096 - 8000 | Customer Service 800 528-4000 | bussiness expense | contingent | | | $24,165.42 |
| 5 | Nation Wide Surety 1100 Locust Street Dept. 2006 Des Moines, IA 50391-2006 | Customer Service 866-387-0457 | Professional Services | unliquidated | | | $87,241.67 |
| 6 | Bitco 225 South Lake Avenue Suite 1050 Pasadena, CA 91101 | Customer Service 209-834-4150 | Professional Services | unliquidated | | | $87,205.00 |
| 7 | Shoshone- Bannock Tribes PO Box 808 Fort Hall, ID 83203 | Customer Service 208 478-3885 | Trade Debt | contingent | | | $106,073.45 |
| 8 | Holden Kidwell, Hahn & Conrad PO Box 5130 Idaho Falls, ID 83405 | Customer Service 208 5203-0620 | Professional Services | Disputed | | | 93,000.00 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 1

Debtor  **Eagle Rock Timber, Inc.**    Case number *(if known)*_____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Electrical Support Services<br>1037 E 1400 N<br>Shelly, ID 83274 | Customer Service<br>208 251-6022 | Professional Services | Disputed | | | $18,686.37 |
| 10 | Joyce Wright<br>13981 14th St. NW<br>Arnegard, ND 58835 | 701 290-9845 | Mine Lease | unliquidated | | | $14,000.00 |
| 11 | Carol Molberg<br>113 Davis St N<br>PO Box 176<br>Burlington, ND 58722 | 701 839-5838 | Mine Lease | unliquidated | | | $14,000.00 |
| 12 | Gloria J Hoff<br>522 Williams Ave.<br>Plentywood, MT 59254 | | Mine Lease | unliquidated | | | $14,000.00 |
| 13 | JJ Electric<br>3579 107th Ave NW<br>Keene, ND 58847 | 701 842-4555 | Rent to Own | Disputed | | | $12,000.00 |
| 14 | Blue Bird<br>3000 N Wright Rd<br>Idaho Falls, ID 83401 | 208 529-4925 | Business to Business loan | unliquified | | | $270,000.00 |
| 15 | Bridger Mountain Floors LLc<br>226 Arden Drive<br>Belgrade, MT 59714 | 406 813-6545 | Trade Cost | contingent | | | $49,129.00 |
| 16 | The Gardner Law Firm<br>745 E Mullberry Ave. STE5<br>San Antonio, TX 78212 | 210 733-8191 | Professional Service | unliquidated | | | $65,000.00 |
| 17 | CH Spencer<br> PO Box 26066<br>Salt Lake City, UT 84104 | 801 975-0300 | Trade Debt | unliquidated | | | $99,055.12 |
| 18 | Diversified Metal Products<br>3710 N Yellowstone HWY<br>Idaho Falls, ID 83401 | 208 529-9655 | Legal Judgement | contingent | | | $361,993.00 |
| 19 | Alaska Airlines<br>PO Box 60119<br>Industry, CA 91716 | 206 433-2200 | Professional Services | unliquidated | | | $28,000.00 |
| 20 | Greater Gallatin Landscape<br>PO Box 4036<br>Bozeman, MT 89772 | 406 570-3784 | Trade Debt | contingent | | | $4,600.00 |

CONRAD & BISCHOFF
P.O. BOX 50106
2251 N. HOLMES AVE.
IDAHO FALLS, ID  83405

B.M.C. WEST
PO BOX 59898
LOS ANGELES, CA  90074-9898

KENWORTH
DEPT#1
P.O. BOX 27088
SALT LAKE CITY, UT  84727-0088

NAPA
P.O. BOX 1425
TWIN FALLS, ID  83303-1425

ARNOLDS
P.O. # 30020
SALT LAKE CITY, UT  84130

NORCO
PO BOX 413124
SALT LAKE CITY, UT  84141-3124

EGAN MACHINE
P. O.# 2830
IDAHO FALLS, ID  83403

SHERWIN WILLIAMS
1025 EAST 17TH ST.
IDAHO FALLS, ID  83404

AMERICAN EXPRESS
P.O.# 360002
FT. LAUDERDALE, FL  33336-0002

BANK OF AMERICA/ ALASKA AIRLIN
P.O. BOX 60119
CITY OF INDUSTRY, CA  91716-0119

*[handwritten note:] ALL CURRENT VENDORS SHOWN ON OPEN REGISTER AS OF 2/14/24*

FLEETPRIDE
683 E. IONA RD.
IDAHO FALLS, ID  83401


STRATA
8653 W. HACKAMORE DR.
BOISE, ID  83709


INTERMOUNTAIN BOBCAT
16301 N ROCKWELL AVE
EDMOND, OK  73013


PLATT ELECTRIC SUPPLY,INC
P.O BOX 418759
BOSTON, MA  02241-8759


YOST OFFICE SYSTEMS
685 E. ANDERSON
IDAHO FALLS, ID  83401


POWERPLAN
P.O. BOX 4450
CAROL STREAM, IL  60197-4450


ARAMARK
AUS SOUTHWEST LOCKBOX
PO BOX 7430
PASADENA, CA  91109-7430


EAGLE ROCK SANITATION
P.O. 50405
IDAHO FALLS, ID  83405


LGG INDUSTRIAL,INC
LGG INDUSTRIAL DEPT #6491
PO BOX 11407
BIRMINGHAN, AL  35246-6491


BITCO
PREMIUM PAYMENT
PO BOX 933370
ATLANTA, GA  31193-3370

RON'S TIRE & MOTORSPORTS
1440 EAST 1500 NORTH
TERRETON, ID  83450


PHENIX OF IDAHO, INC.
P.O. BOX 1626
IDAHO FALLS, ID  83403-1626


INTERSTATE BATTERIES
412 EASTLAND DRIVE
TWIN FALLS, ID  83301


LEONARD EQUIPMENT
P.O. BOX 2318
IDAHO FALLS, ID  83403-2318


SHOSHONE-BANNOCK TRIBES
BUSINESS LICENSE DEPARTMENT
P.O. BOX 808
FORT HALL, ID  83203


START SPECIALISTS INC.
3125 EAST 19TH NORTH
P.O. BOX 2282
Idaho Falls, ID  83401


WESTMARK CREDIT UNION
P.O. BOX 2869
IDAHO FALLS, ID  83403


DIAMOND QUALITY TRAILERS
499 EAST STANLEY
IDAHO FALLS, ID  83404


BEARD ST CLAIR GAFFNEY
955 PIER VIEW DRIVE
IDAHO FALLS, ID  83402


TIFCO INDUSTRIES
P.O. BOX 40277
HOUSTON, TX  77240-0277

DCR EXTERIORS
550 S 4000 W
REXBURG, ID  83440


HOLDEN, KIDWELL, HAHN, & CRAPO
P.O. BOX 50130
IDAHO FALLS, ID  83405


ELECTRICAL SUPPORT SERVICES ll
1037 E 1400 N
SHELLEY, ID  83274


HIGHLANDER MASONRY & CONSTRUCT
435 N. 150 W.
BLACKFOOT, ID  83221


BRANT FREEMAN & ASSOCIATES,LLC
1726 RIVER ROAD
HOMEDALE, ID  83628


ML SERVICES
545 YELLOWSTONE
IDAHO FALLS, ID  83402


GUSTAVES LAW,PLLC
P.O. BOX 50142
IDAHO FALLS, ID  83405


UNITED PRAIRIE
PO BOX 340
NEW TOWN, ND  58763


MOUNTRAIL-WILLIAMS ELECTRIC
PO BOX 129
STANLEY, ND  58784-0129


CITY OF NEW TOWN
PO BOX 309
NEW TOWN, ND  58763

JOYCE E WRIGHT
13981 14TH STREET NW
ARNEGARD, ND  58835


CAROL J MOBERG
113 DAVIS STREET N.
P.O. BOX 176
BURLINGTON, ND  58722

WRIGHT, GLENN & JOYCE
13981 14TH STREET NW
ARNEGARD, ND  58835


GLORIA J HOFF
522 WILLIAMS AVE.
PLENTYWOOD, MT  59254


JEFF  RUUD
9111 51st STREET NW
ROSS, ND  58776


SWANSTON EQUIPMENT CORP
3915 BURDICK EXPRESSWAY EAST
P.O. BOX 1238
MINOT, ND  58701

JJ ELECTRIC
3579 107TH AVE NW
KEENE, ND  58847


AGWEST FARM CREDIT
1215 PIER VIEW DR
IDAHO FALLS, ID  83402-4966


BRIDGER MOUNTAIN FLOORS LLC
226 ARDEN DR.
BELGRADE, MT  59714


THE GARDNER LAW FIRM
745 EAST MULBERRY AVENUE, STE 5
SAN ANTONIO, TX  78212-3154

NOESIS ENGINEERING SERVICES,PC
1712 CABELLARO DR.
AMMON, ID  83406


AE DYNAMICS, LLC
1902 W. DICKERSON ST. STE 101
BOZEMAN, MT  59718


GREATER GALLATIN LANDSCAPE CON
P.O. BOX 4036
BOZEMAN, MT  89772


AMERICAN EXPRESS/JAMESON
P.O. BOX 60189
CITY OF INDUSTRY, CA 91716-0189

*SAME ADDRESS FOR ALL AMEX/AMERICAN EXPRESS ACCOUNTS

AMERICAN EX/ MITCH PERKINS
, 


AMERICAN EXPRESS/ROB S.
, 


AMERICAN EXPRESS -TOM

,


AMEX/TANNER

,


SEAN/AMEX

,


AMEX/JARED

,

AMERICAN EXPRESS/GARRETT
*
,

BLUEBIRD AMEX
*
,

MISTY-KAREN AMEX
*
,

AMEX-RICK
*
,

ALASKA AIR- JAMESON
P.O. BOX 2814
OMAHA, NE  68103-2814


ALASKA AIR/RON SALAZAR
P.O. #2814
OMAHA, NE 68103-2814

LIBERTY MUTUAL
P O BOX 91013
CHICAGO, IL 60680-1171


C.H. SPENCER LLC
P.O. BOX 26066
SALT LAKE CITY, UT 84104


NATIONWIDE
PO BOX 514540
LOS ANGELES, CA 90051-4540


BLUEBIRD CUPBOARD CO.
3000 N WRIGHT RD
IDAHO FALLS, ID 83401

SOLID ROCK CRUSHING, LLC
5509 COLOMBIA LN
SAN ANTONIO, TX 76904


HARD ROCK CRUSHING,
3426 FISH HATCHERY RD
BURLINGTON, WI 53105


?DO EQUIPMENT CO.
.000 INDUSTRIAL DR.
?ISMARK, ND 58501


DIVERSIFIED METAL PRODUCTS, INC.
5710 N. YELLOWSTONE HIGHWAY
IDAHO FALLS, ID 83401